X FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 2 6 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CR-13-1637-PHX-SRB (DKD)

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Kenneth Wayne Becketts, Jr, <br><br> Defendant. | **REDACTED INDICTMENT** <br><br> VIO: 18 U.S.C. § 1591(a) <br> (Sex Trafficking of Children) <br> Count 1 <br><br> 18 U.S.C. §§ 1591(a) and 1594(a) <br> (Attempted Sex Trafficking of Children) <br> Counts 2-3 |

THE GRAND JURY CHARGES:

## COUNT 1

On or about December 22, 2011, within the District of Arizona, the defendant, KENNETH WAYNE BECKETTS, JR., did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means a minor, namely, Jane Doe, knowing and in reckless disregard of the fact that Jane Doe had not attained the age of 18 years and that Jane Doe would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a).

## COUNT 2

On or about December 20, 2011, within the District of Arizona, the defendant, KENNETH WAYNE BECKETTS, JR., did knowingly, in and affecting interstate commerce, attempt to recruit, entice, harbor, transport, provide, obtain and maintain by any means a minor, namely, Jane Doe, knowing and in reckless disregard of the fact that

Jane Doe had not attained the age of 18 years and that Jane Doe would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a) and 1594(a).

## COUNT 3

On or about December 21, 2011, within the District of Arizona, the defendant, KENNETH WAYNE BECKETTS, JR., did knowingly, in and affecting interstate commerce, attempt to recruit, entice, harbor, transport, provide, obtain and maintain by any means a minor, namely, Jane Doe, knowing and in reckless disregard of the fact that Jane Doe had not attained the age of 18 years and that Jane Doe would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a) and 1594(a).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: November 26, 2013

JOHN S. LEONARDO
United States Attorney
District of Arizona

/s/
CHRISTINE D. KELLER
KRISSA M. LANHAM
Assistant U.S. Attorneys